# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JENNIFER SEVIN AND WEBSTER
SEVIN, III, ON BEHALF OF
THEIR MINOR CHILD, CHANNING
SEVIN

VERSUS

HANNAH BECNEL, THE TOT SPOT
EARLY LEARNING CENTER, LLC,
AND WESTERN WORLD INSURANCE
COMPANY

NO. 2023 CW 1248

**FEBRUARY 5, 2024**

---

In Re: Western World Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 701345.

---

**BEFORE: GUIDRY, C.J., CHUTZ, LANIER, MILLER AND GREENE, JJ.**

    **WRIT GRANTED.** We find the trial court abused its discretion in denying the motion for leave to file an amended answer filed by the defendant, Western World Insurance Company. Amendments to pleadings should be liberally allowed provided the movant: 1) is acting in good faith, 2) the amendment is not sought as a delaying tactic, 3) the opponent will not be unduly prejudiced, and 4) trial of the issues will not be unduly delayed. **Hogan v. State Farm Automobile Insurance Company**, 94-0004 (La. App. 1st Cir. 12/22/94), 649 So.2d 45, 50, writ denied, 95-0215 (La. 3/17/95), 651 So.2d 276. Here, there was no evidence that the defendant, Western World Insurance Company, was not acting in good faith, that the amendment was being used as a delaying tactic, that plaintiffs would be unduly prejudiced, or that the trial would be unduly delayed, as there are no pending deadlines and this case has not yet been set for trial. We reverse the trial court's November 3, 2023 judgment and grant the motion for leave to file an amended answer filed by the defendant, Western World Insurance Company.

**WRC**
**WIL**
**HG**

    **Guidry, C.J.,** dissents and would deny the writ application. The criteria set forth in **Herlitz Const. Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*), are not met.

    **Miller, J.,** would refuse to consider the writ application. The writ application failed to include a copy of the pleadings upon which the ruling was founded, including a copy of the motion at issue and a copy of the July 24, 2023 hearing transcript, in violation of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8).

COURT OF APPEAL, FIRST CIRCUIT



---
DEPUTY CLERK OF COURT
FOR THE COURT